JULIA B. L. MILLER, ADMINISTRATRIX, ETC., OF HER-
MAN MILLER, DECEASED, AND SUBSTITUTED AS
PLAINTIFF FOR SAID HERMAN MILLER, v. ALBERT
STIEGLITZ ET AL.

Decided November 3, 1933.

JULIA B. L. MILLER v. ALBERT STIEGLITZ ET AL.

Before Justice PARKER, at chambers.

For the plaintiff, *Samuel Press*.

For the defendants, *Nathaniel Weltchek*.

PARKER, J. The cross-motions are presented for decision
without any submission of the pleadings or statement of the
subject-matter of either suit. What appears is that Miller
began the first entitled suit and died while it was pending,
and thereupon Julia Miller, administratrix, was substituted
as plaintiff pursuant to the Abatement act. The case went to
trial, the jury found for defendants, and the trial judge
signed a *postea* accordingly, containing the clause "with costs
of suit to be taxed in favor of the defendants." On this *postea*
judgment was entered and costs were taxed and I presume